| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SHANNA HUBERT, | § |
| Plaintiff, | § § § |
| versus | § CIVIL ACTION NO. 1:11-CV-94 |
| ALLSTATE INSURANCE COMPANY, | § § § § |
| Defendant. | § § |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on February 23, 2011. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment with prejudice as to all of plaintiff's state law based extra-contractual claims for fraud, breach of the duty of good faith and fair dealing and knowledge under the Texas Insurance Code pursuant to the plaintiff's stipulation of voluntary partial dismissal.

The magistrate judge's report is hereby **ADOPTED**.

Partial final judgment dismissing all of plaintiff's state law based extra-contractual claims under the Texas Insurance Code will be entered separately. The action will, however, remain pending with regard to plaintiff's breach of contract claim.

SIGNED at Beaumont, Texas, this 6th day of May, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE